United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 18, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-61086
Summary Calendar

JUAN MANUEL OTAVALO-SALINAS,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A72 015 374
--------------------

Before JONES, Chief Judge, and HIGGINBOTHAM and SMITH, Circuit
Judges.

PER CURIAM:[*]

Juan Manuel Otavalo-Salinas (Otavalo), a native and citizen of
Ecuador, petitions this court to review the decision of the Board
of Immigration Appeals (BIA) affirming the immigration judge's
denial of Otavalo's out-of-time motion to reopen his deportation
proceeding. According to Otavalo, the BIA and the immigration
judge (IJ) should have exercised their discretion to reopen the
proceeding despite the fact that he failed to file the motion on or
before the September 30, 1996, deadline provided in 8 C.F.R.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

§ 1003.23(b)(1). We have held that we lack jurisdiction "to consider whether the [BIA] should have compelled the [IJ] to reopen a case based on the IJ's <u>sua</u> <u>sponte</u> authority." <u>See</u> <u>Enriquez-Alvarado v. Ashcroft</u>, 371 F.3d 246, 247-50 (5th Cir. 2004). Accordingly, the petition for review is DISMISSED.